# LACHTMANCOHEN P.C.

245 Main Street, Suite 230
White Plains, NY 10601
(914) 505-6654

www.lcpclaw.com

GREGORY A. BLUE
Admitted in NY, NJ, CA
gblue@lcpclaw.com

March 29, 2023

**Via ECF Only**
Hon. Stewart D. Aaron
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/29/2023
```

      Re:    *Toro v. Eureka Puzzles, Inc.*
              Case No.: 1:22-cv-10350-JLR-SDA

Dear Judge Aaron:

      This firm represents the defendant in the above-referenced action. I write to respectfully request an adjournment of the Initial Pretrial Conference currently scheduled for Tuesday, April 11, 2023, at 10:30 a.m. There have been no previous requests for an adjournment of the IPC. The reason for the request is that I am scheduled to be engaged at that time in a contested bankruptcy confirmation hearing in the Middle District of Tennessee and, due to the number of parties and counsel involved in that hearing, it is not possible to request that the bankruptcy matter be rescheduled. Plaintiff's counsel consents to this request. All counsel are available for an IPC on the following dates: April 25, 2023, and April 26, 2023.

Respectfully submitted,

Gregory A. Blue

Cc:    ALL COUNSEL OF RECORD
        (VIA ECF)

ENDORSEMENT: The Initial Pretrial Conference previously scheduled for Tuesday, April 11, 2023, at 10:30 a.m. EST (ECF No. 13) is adjourned. An Initial Pretrial Conference in accordance with Rule 16(b) of the Federal Rules of Civil Procedure will be held on Tuesday, April 25, 2023, at 11:30 a.m. The conference shall be conducted by telephone. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745. SO ORDERED. Dated: March 29, 2023