**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LUIS TORO, on behalf of himself and all others
similarly situated,

                         *Plaintiff*,

    -against-

EUREKA PUZZLES, INC.,

                         *Defendant*.

Case 1:22-cv-10350

**STIPULATION OF
DISMISSAL**

       **IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby,

dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party,

pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated:  May 30, 2023

MARS KHAIMOV LAW PLLC

BY: _____
           Mars Khaimov
10826 64th Avenue, Second Floor
Forest Hills, New York 11375
Tel. No.: (929) 324-0717
Email: mars@khaimovlaw.com

*Attorney for Plaintiff*

LACHTMAN COHEN P.C.

BY: _____
           Gregory A. Blue (GB-9569)
245 Main Street, Suite 230
White Plains, New York 10601
Tel. No.: (914) 505-6654
Email: gblue@lcpclaw.com

*Attorneys for Defendant*